IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
JONESBORO DIVISION

**ROBERT D. TURNER**                                                                                  **PLAINTIFF**

v.                              Case No. 3:12-cv-00187 KGB

**MIKE ALLEN** *et al.*                                                                              **DEFENDANTS**

## ORDER

On January 16, 2013, the Court received United States Magistrate Judge H. David Young's Proposed Findings and Recommendations (Dkt. No. 30). The Clerk was directed to send the Proposed Findings and Recommendations to plaintiff Robert Turner at his address of record. On January 24, 2013, the Court received a notice of change of address for Mr. Turner (Dkt. No. 31). On January 29, 2013, the Proposed Findings and Recommendations were returned to the Court because it was "not deliverable as addressed" (Dkt. No. 32).

Pursuant to Local Rule 5.5 (c)(2), it is the duty of any party not represented by counsel to notify promptly the Clerk and the other parties to the proceedings of any change in his or her address, to monitor the progress of the case, and to prosecute or defend the action diligently. If any communication from the Court to a *pro se* plaintiff is not responded to within thirty (30) days, the case may be dismissed without prejudice.

Because Mr. Turner is proceeding *pro se* and did inform the Court of his change of address, the Court is directing the Clerk to send the Proposed Findings and Recommendations to Mr. Turner at his current address of record and is extending his deadline to file an opposition to the Proposed Findings and Recommendations to February 27, 2013. The Court hereby notifies Mr. Turner that, after that date, the Court will rule on the Proposed Findings and Recommendations (Dkt. No. 30).

The Clerk of the Court is directed to send copy of this Order and the Proposed Findings and Recommendations (Dkt. No. 30) to Mr. Turner at his current address of record.

SO ORDERED this 13th day of February, 2013.

_____
KRISTINE G. BAKER
UNITED STATES DISTRICT JUDGE