IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
JONESBORO DIVISION

**ROBERT D. TURNER**                                                              **PLAINTIFF**

v.                                    Case No. 3:12-cv-00187 KGB

**MIKE ALLEN** *et al.*                                                           **DEFENDANTS**

## JUDGMENT

Pursuant to the Order filed this date, judgment is entered dismissing this case with prejudice; the relief sought is denied. The Court further certifies that an *in forma pauperis* appeal taken from the Order and Judgment dismissing this action is considered frivolous and not in good faith.

SO ORDERED this 1st day of April, 2013.

_____
KRISTINE G. BAKER
UNITED STATES DISTRICT JUDGE